IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ALEXANDER BRAN,<br><br>Plaintiff,<br><br>v.<br><br>NURSE SULMA, et al.,<br><br>Defendants. | No. 2:19-CV-0631-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a former immigration detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion, ECF No. 23, for a stay of removal. The motion is denied for two reasons. First, actions challenging orders of removal may only be filed in the appropriate federal Circuit Court of Appeals. See 8 U.S.C. § 1252(a)(5). Second, plaintiff's motion is moot because he has already been removed to El Salvador.

IT IS SO ORDERED.

Dated: May 28, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1