IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ALEXANDER BRAN,    Plaintiff,    v.    NURSE SULMA, et al.,    Defendants. | No. 2:19-CV-0631-KJM-DMC-P    ORDER |

Plaintiff, proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. *See* 28 U.S.C. § 636(c); *see also* ECF Nos. 9, 33, and 34. This case shall, therefore, be reassigned to a Magistrate Judge for all further proceedings and entry of final judgment.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reassign this case to the Honorable Dennis M. Cota as the presiding judge; and

2. The caption on all documents filed in the reassigned case shall show case number 2:19-CV-0631-DMC-P.

DATED: August 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

I am the United States Magistrate Judge currently assigned to this case. I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other Magistrate Judge as may be assigned.

Dated:  August 17, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE