**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO ALEXANDER BRAN,<br><br>Plaintiff,<br><br>v.<br><br>NURSE SULMA, et al.,<br><br>Defendants. | No. 2:19-CV-0631-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is defendants' motion to extend the discovery cut-off and dispositive motion deadlines (ECF No. 36). The Court finds good cause to modify and extend the scheduling order. Therefore, the current discovery deadline is extended to December 1, 2020. Any motions necessary to compel discovery shall be filed within 60 days from this cut-off date. The current deadline for the filing of dispositive motions is continued to March 1, 2021.

IT IS SO ORDERED.

Dated:  September 2, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1