IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ALEXANDER BRAN,<br><br>Plaintiff,<br><br>v.<br><br>SULMA, et al.,<br><br>Defendants. | No. 2:19-CV-0631-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant Houston's motion for summary judgment, ECF No. 40, noticed for hearing before the undersigned in Redding, California, on April 14, 2021, at 10:00 a.m. Pursuant to Eastern District of California Local Rule 23(l), motions in cases such as this, where one party is incarcerated and proceeding pro se, are submitted on the record without oral argument or hearing. Plaintiff may file an opposition to Defendant's motion within 30 days of the date of this order, and Defendant may file a reply within 15 days after the date of service of any opposition. Thereafter, the matter will stand submitted.

IT IS SO ORDERED.

Dated: March 11, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1